UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MUNEER MUSTAFA TAWAM, : | |
| Plaintiff, : | |
| : | |
| v. : | No. 5:18-cv-00122 |
| : | |
| APCI FEDERAL CREDIT UNION, : | |
| Defendant. : | |

# **O R D E R**

**AND NOW**, this 3rd day of August, 2018, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

Defendant's Motion to Dismiss, ECF No. 11, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge