LAW OFFICES OF R. EMMETT MADDEN
R. EMMETT MADDEN, ESQUIRE
NO. 86894
711 WEST AVE
JENKINTOWN, PA 19046
TELE:  215-884-9300
FAX:  215-701-4214

### IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Muneer Mustafa Tawam, | : | |
| | : | Dkt. No. 5:18-cv-00122-JFL |
| Plaintiff | : | Jury Trial Demanded |
| v. | : | |
| APCI Federal Credit Union, | : | |
| Defendant | : | |

### NOTICE OF SETTLEMENT

TO THE COURT, THE CLERK, AND TO ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the parties have reached a settlement of the above-captioned matter and are in the process of executing the actions required by the agreement. It is anticipated a dismissal of the entire action with prejudice will be filed within forty-five (45) days of this Notice.

Respectfully submitted,

LAW OFFICES OF F. EMMETT MADDEN, P.C.

BY:   */s/ R. Emmett Madden*_____
         R. EMMETT MADDEN, ESQUIRE