LAW OFFICES OF R. EMMETT MADDEN
R. EMMETT MADDEN, ESQUIRE
NO. 86894
711 WEST AVE
JENKINTOWN, PA 19046
TELE: 215-884-9300
FAX: 215-701-4214

## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Muneer Mustafa Tawam, | Dkt. No. 5:18-cv-00122-JFL |
| Plaintiff | |
| v. | |
| APCI Federal Credit Union, | |
| Defendant | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Muneer Mustafa Tawam ("Plaintiff") and Defendant APCI Federal Credit Union stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action. Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

LAW OFFICES OF F. EMMETT MADDEN, P.C.

BY: /s/ R. Emmett Madden
R. EMMETT MADDEN, ESQUIRE

Co-Counsel:
Scott J. Ferrell, Esq.

Victoria Knowles, Esq.
Pacific Trial Attorneys
4100 Newport Place Drive, Suite 800
Newport Beach, CA 92660
Phone: (949) 706-6464
Fax: (949) 706-6469

FITZPATRICK LENTZ & BUBBA, P.C.

BY: */s/ Jacob M. Sitman*
JACOB M. SITMAN
4001 Schoolhouse Lan
P.O. Box 219
Center Valley, PA 18034-0219
Phone: (610) 797-9000, ext. 383
Fax:    (610) 797-6663
Email: jsitman@flblaw.com
Attorneys for Defendant